IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMED FAIZAL ALI, | ) | No. C 10-2366 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| B. STOLC, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, proceeding *pro se*, filed the instant petition for habeas corpus, pursuant to 28 U.S.C. § 2254. On December 6, 2010, the Court granted Respondent's motion to dismiss for failure to exhaust, and directed Petitioner to select, within thirty days, one of several options in order to proceed with this action. On December 15, 2010, mail sent to Petitioner by the Court was returned to the Clerk of the Court with a notation that Petitioner was no longer in custody. As of the date of this order, Petitioner has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not

1  deliverable, and (2) the Court fails to receive within sixty days of this return a written
2  communication from the *pro se* party indicating a current address.  See L.R. 3-11(b).
3       More than sixty days have passed since the mail sent to Petitioner by the Court was
4  returned as undeliverable.  The Court has not received a notice from Petitioner of a new address.
5  Accordingly, the instant petition is DISMISSED without prejudice pursuant to Rule 3-11 of the
6  Northern District Local Rules.  The Clerk of the Court shall enter judgment and close the file.
7       IT IS SO ORDERED.
8  Dated:   2/17/11                                   _____
                                                       LUCY H. KOH
9                                                      United States District Judge

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.LHK\HC.10\Ali366dis311.wpd          2