IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMED FAIZAL ALI, | ) | No. C 10-2366 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| B. STOLC, Warden, | ) ) | |
| Respondent. | ) ) | |

The Court has dismissed Petitioner's petition for habeas corpus without prejudice for failing to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 2/17/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Ali366jud.wpd